970

No. 654. Ng Sui Sang v. Esperdy, District Director, Immigration and Naturalization Service. C. A. 2d Cir. Certiorari denied. *Abraham Lebenkoff* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for respondent.

No. 656, Hershey et ux. v. Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied. *Bernard B. Laven* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent.

No. 658. South Dakota v. National Bank of South Dakota, Sioux Falls, et al. C. A. 8th Cir. Certiorari denied. *Frank L. Farrar,* Attorney General of South Dakota, and *Gary R. Richards, L. A. Weisensee* and *Walter W. Andre,* Assistant Attorneys General, for petitioner. *Melvin T. Woods* for respondents.

No. 660. Walker v. Pennsylvania. Supreme Court of Pennsylvania. Certiorari denied.

No. 663. Matthews et vir v. Southern Pacific Co. C. A. 5th Cir. Certiorari denied. *Billy Hunt* for petitioners. *Ben G. Sewell* for respondent.

No. 664. Romeo v. New Jersey. Supreme Court of New Jersey. Certiorari denied. *Thomas E. Durkin, Jr.,* for petitioner.

No. 665. Texaco, Inc. v. Holsinger et al. C. A. 10th Cir. Certiorari denied. *J. D. Lysaught* for petitioner.